UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| BRANDAN MARIE PRYOR,<br><br>    Plaintiff,<br>v.<br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>    Defendant. | No.  2:14-CV-065-RHW<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court.  The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED IN PART**, and the matter is **REMANDED** to the Commissioner for additional proceedings pursuant to the Order entered in the above case at ECF No. 21.

DATED:  August 11, 2015.

                                SEAN F. McAVOY
                                Clerk of Court

                                By: *s/Penny Lamb*
                                      Deputy Clerk

1 | JUDGMENT IN A CIVIL CASE